IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
PATRICIA M.,                    )
                                )
          Plaintiff,            )
                                )
    v.                          )        1:24CV691
                                )
FRANK J. BISIGNANO,             )
Commissioner of Social          )
Security,                       )
                                )
          Defendant.[1]         )
```

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision finding no disability is **VACATED,** and that this matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

                                        /s/ L. Patrick Auld
                                   **L. Patrick Auld**
                            **United States Magistrate Judge**

September 22, 2025

---

[1] The United States Senate confirmed Frank J. Bisignano as the Commissioner of the Social Security Administration on May 6, 2025, and he took the oath of office on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank J. Bisignano should substitute for Leland C. Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).